UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDGE GUILIANI, et al.,<br><br>        Defendants. | No. 2:19-cv-02553-TLN-CKD<br><br>ORDER |

Plaintiff Donnell Bledsoe ("Plaintiff"), proceeding *pro se*, brings this civil action titled "PETITION TO THE SUPREME COURT JUDICIAL MISCONDUCT OBSTRUCTION OF JUSTICE HIGH CRIES AND MISDEMEANORS VIOLATION OF THE ORGANIZED CRIME ACT OF (1970) RICO ACT FRAUD, BRIBERY AND ABSENCE OF JURISDICTION." The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2020, the magistrate judge filed findings and recommendations which were served on the Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) No objections were filed.

///
///
///

1

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Proposed Findings and Recommendations filed January 23, 2020 (ECF No. 3), are ADOPTED.

2. Plaintiff's complaint is DISMISSED without leave to amend.

IT IS SO ORDERED.

DATED: April 7, 2020

Troy L. Nunley
United States District Judge